# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2016

_____

John W. Tyler,                              *
                                           *
        Appellant,                    *
                                           *
      v.                             *    Appeal from the United States
                                           *    District Court for the Eastern
Missouri Highways and                      *    District of Missouri.
Transportation Commission,                 *
                                           *        [UNPUBLISHED]
        Appellee.                     *
                                           *

_____

Submitted: December 15, 2005
Filed: December 22, 2005

_____

Before BYE, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John W. Tyler ("Tyler"), an African-American, claims that the Missouri Highways and Transportation Commission ("MHTC") denied him promotions because of his race and retaliated against him after he filed a discrimination complaint. The district court[1] granted summary judgment in favor of MHTC.

_____

[1]The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by

After a careful review of the record and the parties' briefs, we conclude that the district court correctly granted summary judgment in favor of MHTC and that an extended opinion would add nothing of substance to the well-reasoned opinion of the district court. Therefore, we summarily affirm. *See* 8th Cir. R. 47B.[2]

_____

consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]We also grant Tyler's motion for leave to file a corrected brief and deny MHTC's motion to dismiss.